UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| KATHLEEN JENNINGS | CIVIL ACTION NO. 08-0304 |
|---|---|
| VS. | JUDGE ROBERT G. JAMES |
| MARIANA LEGER, WARDEN | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and for the further reasons stated in this Court's Ruling, and after an independent review of the record including the objections filed by petitioner,

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

MONROE, LOUISIANA, this 21st day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE