
RECEIVED
IN MONROE, LA
NOV 2 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KATHLEEN JENNINGS | CIVIL ACTION NO. 08-0304 |
| VS. | JUDGE ROBERT G. JAMES |
| MARIANA LEGER, WARDEN | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in this Court's Ruling,

**IT IS ORDERED** that the Court's July 21, 2008 Ruling and Judgment [Doc. Nos. 6 & 7] are VACATED.

**IT IS FURTHER ORDERED** that, for the reasons stated in this Ruling and the Report and Recommendation of the Magistrate Judge, after an independent review of the record including the objections filed by petitioner, the petition for writ of *habeas corpus* [Doc. No. 1] filed by Petitioner Kathleen Jennings is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this ___19___ day of ___November___, 2008

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE