# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **KATHLEEN JENNINGS** | **CIVIL ACTION NO. 08-0304** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARIANA LEGER, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 23rd day of January, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KATHLEEN JENNINGS | CIVIL ACTION NO. 08-0304 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MARIANA LEGER, WARDEN | MAG. JUDGE KAREN L. HAYES |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 23rd day of January, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE