UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KATHLEEN JENNINGS** | **CIVIL ACTION NO. 08-0304** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARIANA LEGER, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

For the reasons stated in this Court's Ruling, Petitioner Kathleen Jennings' Motion to File Relief from Final Judgment in Accordance with Federal Rule of Civil Procedure 60(b) [Doc. No. 66] is construed as a second and successive petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Accordingly,

**IT IS ORDERED** that the motion is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit for consideration.

MONROE, LOUISIANA, this 15th day of January, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE